NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ALLAN M. WEINSTEIN

---

### 2013-1196

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 90/009,182.

---

## JUDGMENT

---

ROBERT R. DELEAULT, Mesmer & Deleault, PLLC, of Manchester, New Hampshire, argued for appellant.

JOSEPH G. PICCOLO, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Acting Solicitor, and FARHEENA Y. RASHEED, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, SCHALL, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 December 11, 2013       /s/ Daniel E. O'Toole   
          Date                   Daniel E. O'Toole
                                 Clerk of Court